

United States District Court
Eastern District of California

| GUTIERREZ, et al. | Case Number: | 2:22-CV-01172-KJM-DB |
|---|---|---|

Plaintiff(s)

V.

| ZINUS INC., |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Gregory Cade _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Gutierrez, et al.

On ____09/27/2002____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Alabama____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ____08/03/2022____     Signature of Applicant: /s/ Gregory Cade _____

**Pro Hac Vice Attorney**

Applicant's Name: Gregory Cade

Law Firm Name: Environmental Litigation Group P.C.

Address: 2160 Highland Avenue South

City: Birmingham    State: Al    Zip: 35205

Phone Number w/Area Code: (205) 328-9200

City and State of Residence: Birmingham, Alabama

Primary E-mail Address: GregC@elglaw.com

Secondary E-mail Address: Amelia@elglaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel B. Snyder

Law Firm Name: Environmental Litigation Group P.C.

Address: 2160 Highland Ave S

City: Birmingham    State: Al    Zip: 35205

Phone Number w/Area Code: (205) 328-9200    Bar # 207824

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2022

CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Alabama



# Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that ___Gregory Andrews Cade___ was duly and legally admitted to practice law by the Supreme Court of Alabama on ___September 27, 2002___ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on ___July 14, 2022___

with the seal of the Supreme Court of Alabama attached.



_Julia Jordan Weller_

Julia Jordan Weller, Clerk
Supreme Court of Alabama