

# United States District Court
# Eastern District of California

Vanessa Gutierrez, et al.

Plaintiff(s)

Case Number: 2:22-cv-1172-KJM-DB

V.

Zinus, Inc.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Matthew Eisenstein hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Zinus, Inc.

On _03/08/2002_ (date), I was admitted to practice and presently in good standing in the
_District of Columbia Court of Appeals_ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _08/01/2022_       Signature of Applicant: /s/ _Matthew Eisenstein_

**Pro Hac Vice Attorney**

Applicant's Name: Matthew Eisenstein

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: 601 Massachusetts Avenue, N.W.

City: Washington        State: DC        Zip: 20001

Phone Number w/Area Code: (202) 942-5000

City and State of Residence: Bethesda, Maryland

Primary E-mail Address: matthew.eisenstein@arnoldporter.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sharon D. Mayo

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: Three Embarcadero Center, 10th Flr

City: San Francisco        State: CA        Zip: 94111

Phone Number w/Area Code: (415) 471-3296        Bar #: 150469

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   August 18, 2022

CHIEF UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Matthew Eisenstein

was duly qualified and admitted on March 8, 2002 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on July 27, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*