

# United States District Court
# Eastern District of California

| GUTIERREZ, et al. | Case Number: 2:22-CV-01172-KJM-DB |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| ZINUS INC., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Kevin McKie** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Gutierrez, et al.**

On **09/30/2005** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Alabama** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **08/03/2022**            Signature of Applicant: /s/ **Kevin McKie**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kevin McKie |
| Law Firm Name: | Environmental Litigation Group P.C. |
| Address: | 2160 Highland Avenue South |
| City: | Birmingham     State: Al     Zip: 35205 |
| Phone Number w/Area Code: | (205) 328-9200 |
| City and State of Residence: | Birmingham, Alabama |
| Primary E-mail Address: | kmckie@elglaw.com |
| Secondary E-mail Address: | Amelia@elglaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel B. Snyder |
| Law Firm Name: | Environmental Litigation Group P.C. |
| Address: | 2160 Highland Ave S |
| City: | Birmingham     State: Al     Zip: 35205 |
| Phone Number w/Area Code: | (205) 328-9200     Bar # 207824 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 18, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that __Kevin Bernard McKie__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __September 30, 2005__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __July 14, 2022__ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama