ARNOLD & PORTER KAYE SCHOLER LLP
SHARON D. MAYO (CA Bar No. 150469)
sharon.mayo@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

ARNOLD & PORTER KAYE SCHOLER LLP
ROBERT J. KATERBERG*
robert.katerberg@arnoldporter.com
MATTHEW EISENSTEIN*
matthew.eisenstein@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone:    202.942.5000
Facsimile:    202.942.5999

**Admitted pro hac vice*

Attorneys for Defendant Zinus, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GUTIERREZ, *on her own behalf and on behalf of her minor children, Al. D. and An. D.*; JEREMY MILLER and MARIANNA MILLER, on their own behalves and *on behalf of their minor children*, P.M. and L.M.; LEONARD MILLER; THERESA MILLER; *and collectively on behalf of themselves and all others similarly situated*,<br><br>             Plaintiffs,<br><br>      vs.<br><br>ZINUS INC.,<br><br>             Defendant. | Case No. 2:22-CV-1172-KJM-DB<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1   This matter comes before the Court on Plaintiffs' and Defendant's Stipulated Motion to
2   Extend Time to Respond to Complaint.  The Court has reviewed the joint motion and, good cause
3   appearing, GRANTS the stipulated motion.
4   IT IS HEREBY ORDERED that Defendant's deadline to answer or otherwise respond to
5   the Complaint shall be extended by thirty (30) calendar days to November 2, 2022.
6   IT IS SO ORDERED.
7   DATED:  September 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE